**FILED**
**DECEMBER 5, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**07 C 6860**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

LENA TOMLINSON

VS.

TSUNAMI CAPITAL, LLC and ANTHONY A. DEMASI,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LENA TOMLINSON

| NAME (Type or print) |
| --- |
| TERRY SULLIVAN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Terry Sullivan |

| FIRM |
| --- |
| THE SULLIVAN FIRM. LTD |

| STREET ADDRESS |
| --- |
| 2550 W. GOLF ROAD #101 |

| CITY/STATE/ZIP |
| --- |
| ROLLING MEADOWS, ILLINOIS 60008 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2770806 | 847-228-1100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |