# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 07-CV-6860

Lena Tomlinson
   v.
Tsunami Capital, LLC and Anthony Demasi


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Tsunami Capital, LLC and Anthony Demasi


| | |
|---|---|
| NAME (Type or print) <br> Peter B. Shaeffer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Peter B. Shaeffer | |
| FIRM <br> Peter B. Shaeffer, Attorney | |
| STREET ADDRESS <br> 30 N. LaSalle Street - Ste. 2140 | |
| CITY/STATE/ZIP <br> Chicago, IL. 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3121472 | TELEPHONE NUMBER <br> 312-782-5306 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ✓  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ✓  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐