# United States District Court
# Northern District of Illinois

In the Matter of

Lena Tomlinson

v.

Tsunami Capital, LLC, et al

Case No. 07 C 6860

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Ruben Castillo** to be related to **07 C 2256** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Robert W. Gettleman

Dated: January 3, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

ENTER

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: JAN - 3 2008

Finding of Relatedness (Rev. 9/99)